# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| ADRIANA CASADO, § § **Plaintiff,** § § v. § EP-17-CV-259-KC § FEDEX GROUND PACKAGE § SYSTEM, INC. ET AL., § § **Defendants**. § | |

## ORDER

On June 27, 2018, the parties notified this Court that they had settled the above-captioned case. *See* Notice of Settlement, ECF No. 23. On June 29, 2018, the Court entered an Order, ECF No. 24, advising that "unless the parties submit closing papers by July 27, 2018, the Court will dismiss this case without costs and without prejudice to the rights of any party thereto to move within thirty (30) days thereafter to reopen if settlement has not, in fact, been consummated." That deadline has now passed, and the parties have not submitted closing papers.

Accordingly, it is hereby **ORDERED** that the above-captioned case is **DISMISSED**. The clerk shall close the case.

**SO ORDERED**.

SIGNED this 31st day of July, 2018.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE